# United States District Court

SOUTHERN           DISTRICT OF           NEW YORK

Angelarose Mione

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Novartis Pharmaceuticals Corporation and
Merck & Co., Inc.

**07 CV 2956**

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation          Merck & Company
One Health Plaza                              One Merck Drive
East Hanover, New Jersey 07936-1080           Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York 10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 2 2007

J. MICHAEL McMAHON

CLERK

DATE

(BY) DEPUTY CLERK

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT** <br> EFFECTED (1) BY ME: **PASCAL KUVALAKIS** <br> TITLE: **PROCESS SERVER** | DATE: **04/18/2007  02:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORPORATION

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT GARRISON ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

S R

**STATEMENT OF SERVER**

TRAVEL $ ____.___          SERVICES $ ____.___          TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 18 / 20 07          _____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/18/07

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

ATTORNEY:    RSSEL H. BEATIE, ESQ.
PLAINTIFF:   ANGELAROSE MIONE
DEFENDANT:   NOVARTIS PHARMACEUTICALS CORPORATION, ET AL
VENUE:       DISTRICT OF NY
DOCKET:      07 CV 2956

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COUNTY OF: **DISTRICT OF NY** ATTORNEY: **RSSEL H. BEATIE, ESQ.**

|  |  |  |
|---|---|---|
| ANGELAROSE MIONE<br>- against -<br>NOVARTIS PHARMACEUTICALS CORPORATION, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>INDEX#<br>07 CV 2956 |

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

**JOSE ALARCON**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in **NJ**.
That on date/time: **04/19/2007  03:37PM**, at **ONE MERCK DRIVE  WHITE HOUSE STATION  NJ  08889**
deponent served the within: **SUMMONS AND COMPLAINT**
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: **MERCK & COMPANY**
[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**
By personally delivering to and leaving with said **MERCK & COMPANY**
and that he knew the person so served to be the person mention and described in said **SUMMONS AND COMPLAINT**

**CORPORATION B [X]**
By delivering to and leaving with **JOAN E. DEARBORN**
at **ONE MERCK DRIVE  WHITE HOUSE STATION  NJ  08889**
and that he knew the person so served to be the **MANAGING AGENT** of the corporation.

**SUITABLE AGE PERSON C [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at:   1. _____   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on **04/19/2007**.

**MAILING TO BUSINESS E2 [ ]** Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on **04/19/2007**.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D

| | | | | | |
|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21 - 35 Yrs. | [X] 5'0" - 5'3" | [ ] 100 - 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [X] 5'4" - 5'8" | [X] 131 - 160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [X] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [ ] 161 - 200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: _____

**WITNESS FEE G [ ]**
Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient   [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

19 day of April , 2007
Notary Signature: _____ (signed)
Name of Notary: CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 6, 2011

I, _____ JOSE ALARCON,
was at the time of service a competent adult not having a direct interest in the litigation.
I declare under penalty of perjury that the foregoing is true and correct.

_____ (signed)  4/19/2007
Signature of Process Server   Date